NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GLORIA Y. FOSTER,                         )
                                          )
          Appellant,                      )
                                          )
v.                                        )     Case No. 2D17-2381
                                          )
BAYVIEW LOAN SERVICING                    )
LLC., A DELAWARE LIMITED                  )
LIABILITY COMPANY,                        )
substituted as plaintiff for             )
BANK OF AMERICA, N.A.,                    )
                                          )
          Appellees.                      )
_____)

Opinion filed July 11, 2018.

Appeal from the Circuit Court for Polk
County; Glenn T. Shelby, Judge.

Gloria Y. Foster, pro se.

Matthew A. Ciccio, of Aldridge Pite, LLP,
Delray Beach, for Appellees.


PER CURIAM.


          Affirmed.

CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.